### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

CASE NO. 13-cr-0295-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**5.**    **KENNETH BARNES**,

    Defendant.

_____

### ORDER GRANTING MOTION TO RESTRICT ACCESS
_____

This matter is before the Court on Defendant Barnes' Motion for Leave to Restrict Access filed on August 12, 2013 (ECF No. 66).  The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

Defendant's Motion for Leave to Restrict Access is GRANTED.  The Document filed at ECF Nos. 57 shall be RESTRICTED at RESTRICTION LEVEL 3 (viewable only by the filer and the Court).

Dated this 12th day of August, 2013.

                                        BY THE COURT:

                                        _____
                                        William J. Martínez
                                        United States District Judge